IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EMILY NOELL and<br>ROBERT HARDEN,<br><br>    Plaintiffs,<br><br>v.<br><br>MARC JORDAN, JUAN EDGAR,<br>MICHAEL J. DIXON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:15-cv-02404-AT |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed between Plaintiffs and Defendants, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

This 28th day of August, 2017.

Prepared by:

**EVANS & WHITE**

/s/ Amanda Evans
Amanda Evans
Georgia Bar No. 940328
Attorney for Plaintiffs

**EVANS & WHITE**
P.O. Box 18336
Atlanta, Georgia 30316
(404) 334-5300
(404) 692-7954 (facsimile)
Amanda@evansandwhite.com

**FREEMAN, MATHIS & GARY, LLP**

/s/ Ali Sabzevari
(signed with permission by AE)
Jack. R. Hancock
Georgia Bar No. 322450
A. Ali Sabzevari
Georgia Bar No. 941527
Attorneys for Defendant Jordan

**FREEMAN, MATHIS & GARY, LLP**
661 Forest Parkway, Suite E
Forest Park, Georgia 30297
(404) 366-1000 (telephone)
(404) 361-3223 (facsimile)
jhancock@fmglaw.com
asabzevari@fmglaw.com

**HALL BOOTH SMITH, P.C.**

<u>/s/ Ciera Locklear</u>
signed with permission by AE
Robert L. Shannon, Jr.
Georgia Bar No. 637729
Ciera Locklair
Georgia Bar No. 887772
Attorneys for Defendants Edgar and Dixon

**HALL BOOTH SMITH, P.C.**
191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303
(404) 954-4500 (telephone)
rshannon@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EMILY NOELL and<br>ROBERT HARDEN, | )<br>) | CIVIL ACTION NO. |
| Plaintiffs, | )<br>) | 1:15-cv-02404-AT |
| v. | )<br>) | |
| MARC JORDAN, JUAN EDGAR,<br>MICHAEL J. DIXON | )<br>)<br>) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the ***Consent Stipulation for Dismissal with Prejudice*** via the CM/ECF online filing system, which will automatically send email notification to the following attorneys:

Jack R. Hancock
A. Ali Sabzevari
Freeman, Mathis & Gary
661 Forest Parkway
Suite E
Forest Park, Georgia 30297

Robert Shannon, Jr.
Jacquelyn Smith Clark
Ciera Locklear
Hall, Booth, Smith, P.C.

4

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303

This 28th day of August, 2017.

                                        **EVANS & WHITE**

                                        /s/ Amanda Evans
                                        Amanda Evans
                                        Georgia Bar No. 940328
                                        Attorney for Plaintiffs

**EVANS & WHITE**
P.O. Box 18336
Atlanta, Georgia 30316
(404) 334-5300
Fax- (404) 692-7954
Amanda@evansandwhite.com

## **CERTIFICATION**

Counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, specifically 14-point, Times New Roman font.

                                        /s/ Amanda Evans
                                        Amanda L. Evans
                                        Georgia Bar No. 940328
                                        Attorney for Plaintiffs